Case 1:22-cr-00400-LAK Document 22 Filed 07/22/22 Page 1 of 1



**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/22
```

**BY ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Nicholas Montemarano and Oscar Abreu*, 22 CR 400 (LAK)

Dear Judge Kaplan:

Pursuant to a conversation with Chambers, the Government respectfully writes to formally request that the Court schedule an initial pretrial conference in the above-captioned case. The defendants were arraigned by the Honorable Ona T. Wang yesterday and the parties understand that the Court may have availability for an initial pretrial conference in September. The Government has conferred with defense counsel and understands that defense counsel are available on September 9, 12, 13, and 14, and the Government is available at the Court's convenience. The defendants are both in custody at the Metropolitan Detention Center Brooklyn.

At the conclusion of the arraignment, Judge Wang granted the Government's consent motion to exclude time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) until a control date of August 19, 2022. The Government respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the initial pretrial conference as ordered by the Court, as such an exclusion will permit time for the Government to produce discovery and for the parties to discuss potential pretrial resolutions.

*The conference will be on Sept. 12 at 3 pm. Time is excluded to and including 9/12/22. The interest served thereby, as indicated above, outweigh the interests of the public and the defendant in a speedy trial.*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Brandon D. Harper
Assistant United States Attorney
(212) 637-2209

cc: Counsel for defendants via ECF

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
7/26/22